STATE OF NEW JERSEY v. STANLEY KLEIN.

March 25, 1980.

Petition for certification denied.

STATE OF NEW JERSEY v. ALBERT CARTER.

March 25, 1980.

Petition for certification denied.

MICHAEL A. BUDZEK v. HAROLD MORTENSEN.

March 25, 1980.

Petition for certification denied.